# EXHIBIT A

# Delaware

PAGE 1

## The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF AMENDMENT OF "THE NEW PIPER AIRCRAFT, INC.", CHANGING ITS NAME FROM "THE NEW PIPER AIRCRAFT, INC." TO "PIPER AIRCRAFT, INC.", FILED IN THIS OFFICE ON THE TWENTY-THIRD DAY OF JUNE, A.D. 2006, AT 1:03 O'CLOCK P.M.

*Harriet Smith Windsor*

Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 4854454

DATE: 06-26-06

2490274  8100

060609693

**TRADEMARK**
**REEL: 003340 FRAME: 0832**

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:03 PM 06/23/2006
FILED 01:03 PM 06/23/2006
SRV 060605916 - 2490274 FILE

## STATE OF DELAWARE
### CERTIFICATE OF AMENDMENT OF
### CERTIFICATE OF INCORPORATION OF
### THE NEW PIPER AIRCRAFT, INC.

Pursuant to the provisions of Section 242 of the General Corporation Law of the State of Delaware, the undersigned, acting in his capacity as President of The New Piper Aircraft, Inc., a Delaware corporation (the "Corporation"), does hereby certify and set forth as follows:

First: That by unanimous written consent of the Board of Directors of the Corporation, resolutions were duly adopted setting forth a proposed amendment of the Certificate of Incorporation of the Corporation, declaring said amendment to be advisable and directing that the amendment proposed be considered at the next annual or special meeting of the stockholders and/or presented to all of the stockholders of the Corporation for consideration and adoption by written consent of the stockholders pursuant to the provisions of the Corporation's Bylaws and Section 228 of the General Corporation Law of the State of Delaware. The resolution setting forth the proposed amendment is as follows:

RESOLVED, that the Amended and Restated Certificate of Incorporation of this Corporation be amended to change the name of the Corporation by changing Article I so that, as amended, said Article shall be and read as follows:

#### "ARTICLE I

The name of the corporation (hereinafter, the "Corporation") is Piper Aircraft, Inc."

Second: That thereafter, the stockholders of the Corporation, by Unanimous Written Consent of Stockholders, signed by all of the stockholders of the Corporation, consented to and adopted this amendment.

Third: That said amendment was duly adopted in accordance with the provisions of Sections 228 and 242 of the General Corporation Law of the State of Delaware, and shall become effective upon filing with the Secretary of State of the State of Delaware.

IN WITNESS WHEREOF, the Corporation has caused this Certificate of Amendment to be duly executed and the corporate seal to be hereunto affixed as of the 21 day of June, 2006.

By: _____
James K. Bass
President

#5523253_v1

**TRADEMARK**

# EXHIBIT B

# ARCHER® DLX *FOUR-PLACE | SINGLE ENGINE DIESEL*



POWERED BY JET-A



THE ARCHER® DLX IS THE PERFECT COMBINATION OF THE BEAUTIFULLY APPOINTED LX MODEL ALONG WITH THE EFFICIENCY AND FLEXIBILITY OF THE CONTINENTAL CD-155 DIESEL ENGINE. THE ARCHER® DLX IS DESIGNED WITH THE PRIVATE OWNER IN MIND – PROVIDING A COMFORTABLE DELUXE INTERIOR, THE LATEST IN GARMIN COCKPIT TECHNOLOGY AND THE BENEFITS OFFERED BY THE CONTINENTAL CD-155 ENGINE.



**Piper®**
FREEDOM OF FLIGHT

## SPECIFICATIONS AND PERFORMANCE

*PROPELLER*
MT 3-Blade
Constant Speed

*FUEL CAPACITY*
**Usable**
48 US gal | 182 L

*ENGINE*
**Continental CD-155**
Flat-Rated Horsepower
at 155 hp

*DIMENSIONS*
**Wingspan:** 35 ft 5 in | 10.8 m
**Height:** 7 ft 3 in | 2.2 m
**Length:** 24 ft | 7.3 m

*WEIGHTS*
**Maximum Takeoff Weight:**
2,550 lb | 1,157 kg
**Maximum Ramp Weight:**
2,558 lb | 1,160 kg
**Standard Equipped Weight**
1,764 lb | 800 kg
**Standard Useful Load:**
794 lb | 360 kg

**Max Range**
848 nm
1570 km

**Takeoff Distance**
(Over 50' Obstacle)
1,673 ft
510 m

**Max Cruise Speed**
123 ktas
228 km/hr

**Landing Distance**
(Over 50' Obstacle)
1400 ft
427 m

*STANDARD FEATURES*
• GARMIN G1000 NXi AVIONICS SUITE
• Single 10.4" GDU 1050 PFD
• Single 10.4" GDU 1050 MFD
• Garmin Flite Charts
• Garmin SafeTaxi
• GMA 1360 Digital Audio Panel
• GTX 335R Transponder
• Aspen Standby EFD1000

*OTHER EQUIPMENT*
• Tail Strobe Light
• LED Wing Tip Recognition Lights
• Overhead Air Distribution Blower Fan
• USB Charging Ports
• Cockpit Stowage Pouches (upper and lower)
• CO Detector

*PACKAGE OPTIONS*
Piper Aircraft is pleased to offer you bundled options with pricing advantages.  Take the uncertainty out of option shopping and allow us to help guide you through the process.

Contact your local Piper dealer partner for more information.

*AVIONICS EQUIPMENT OPTIONS*
• Enhanced AFCS Enablement
• Jeppesen ChartView
• SVT - Garmin Synthetic Vision
• TAWS-B (Terrain Awareness and Warning System)
• Flight Stream 510 with Connext
• GDL 69A SXM Satellite Radio / Weather
• GTX 345R Transponder with ADS-B IN and OUT
   (Exchange for standard or GTX 335R transponder: ADS-B OUT only)
• FlightCom - Rear Seat PTT
• BendixKing KR 87 ADF
• BendixKing KN 63 DME
• GDL 59 WiFi Data Link
• Vision 1000 (Appareo flight monitoring system)
• GTS 800 Traffic Advisory System
• GFC 700 Autopilot

*ADDITIONAL OPTIONS*
• Safe Flight Angle of Attack (AOA) System
• United Kingdom Lighting Package
• AmSafe Seabelt - Pilot and Co-Pilot Positions

Additional Special Options | Quoted upon request



*INTERIOR*



*AVIONICS*

Piper Aircraft, Inc.  |  2926 Piper Drive, Vero Beach, FL 32960  |  772.299.2403  |  © 2020 Piper Aircraft, Inc.

# EXHIBIT C

# ARCHER® TX  *FOUR-PLACE | SINGLE ENGINE PISTON*





THE PERFECT COMBINATION OF DURABILITY, RELIABILITY, COMFORT, AND TECHNOLOGY – THE ARCHER® TX
IS THE IDEAL TRAINING PLATFORM. STUDENTS, INSTRUCTORS, AND PASSENGERS ALIKE WILL WELCOME THE
COMFORTABLE, 180 HP ARCHER® TX WITH THE GARMIN G1000 NXi COCKPIT.  FLIGHT SCHOOL OWNERS WILL BE
DELIGHTED WITH THE PURCHASE AND OPERATING COSTS OF THIS SPECIAL TRAINER.



**Piper®**
FREEDOM OF FLIGHT

## SPECIFICATIONS AND PERFORMANCE

*PROPELLER*
Sensenich 2-Blade
Fixed Pitch

*FUEL CAPACITY*
**Usable**
48 US gal | 182 L

*ENGINE*
Lycoming O-360-A4M
Flat-Rated Horsepower
at 180 shp

*DIMENSIONS*
**Wingspan:** 35 ft 5 in | 10.8 m
**Height:** 7 ft 3 in | 2.2 m
**Length:** 24 ft | 7.3 m

*WEIGHTS*
**Maximum Takeoff Weight:**
2,550 lb | 1,157 kg
**Maximum Ramp Weight:**
2,558 lb | 1,160 kg
**Standard Equipped Weight**
1,688 lb | 766 kg
**Standard Useful Load:**
870 lb | 395 kg

| Max Range | Max Cruise Speed |
|---|---|
| 522 nm | 128 ktas |
| 967 km | 237 km/hr |
| Takeoff Distance (Over 50' Obstacle) | Landing Distance (Over 50' Obstacle) |
| 1,608 ft | 1,400 ft |
| 490 m | 427 m |

*STANDARD FEATURES*
• GARMIN G1000 NXi AVIONICS SUITE
• Single 10.4" GDU 1050 PFD
• Single 10.4" GDU 1050 MFD
• Garmin Flite Charts
• Garmin SafeTaxi
• GMA 1360 Digital Audio Panel
• GTX 335R Transponder
• Aspen Standby EFD1000

*OTHER EQUIPMENT*
• Tail Strobe Light
• LED Wing Tip Recognition Lights
• Overhead Air Distribution Blower Fan
• USB Charging Ports
• Cockpit Stowage Pouches (upper and lower)
• CO Detector
• School Colors Scheme with Two Vinyl Trim Colors and Logo

*AVIONICS EQUIPMENT OPTIONS*
• Enhanced AFCS Enablement
• Jeppesen ChartView
• SVT - Garmin Synthetic Vision
• TAWS-B (Terrain Awareness and Warning System)
• Flight Stream 510 with Connext
• GDL 69A SXM Satellite Radio / Weather
• GTX 345R Transponder with ADS-B IN and OUT
  (Exchange for standard or GTX 335R transponder: ADS-B OUT only)
• FlightCom - Rear Seat PTT
• BendixKing KR 87 ADF
• BendixKing KN 63 DME
• GDL 59 WiFi Data Link
• Vision 1000 (Appareo flight monitoring system)
• GTS 800 Traffic Advisory System
• GFC 700 Autopilot

*ADDITIONAL OPTIONS*
• Lycoming Fuel Injected Engine
• SafeFlight Angle of Attack (AOA) System
• Air Conditioning
• Vinyl Floor Covering (Exchanged for standard carpet)
• United Kingdom Lighting Package
• AmSafe Seatbelt - Pilot and Co-Pilot Positions

Additional Special Options | Quoted upon request



*INTERIOR*



*AVIONICS*

# EXHIBIT D

# ARCHER® DX *FOUR-PLACE | SINGLE ENGINE DIESEL*



POWERED BY JET-A



*WHEEL FAIRINGS INCLUDED IN THE DLX PACKAGE ONLY



THE ARCHER® DX IS THE IDEAL DIESEL POWERED TRAINER, WITH THE DURABILITY, RELIABILITY, COMFORT, AND TECHNOLOGY THAT YOUR STUDENTS, INSTRUCTORS AND PASSENGERS WILL THANK YOU FOR. THE DX IS THE GREEN ALTERNATIVE, POWERED BY THE CONTINENTAL CD-155 DIESEL ENGINE, BURNING THE MORE EFFICIENT JET FUEL. IT ALSO BOASTS THE GARMIN G1000® NXI AVIONICS SUITE IN THE COCKPIT.

**Piper®**
FREEDOM OF FLIGHT

## SPECIFICATIONS AND PERFORMANCE

*PROPELLER*
MT 3-Blade
Constant Speed

*FUEL CAPACITY*
**Usable**
48 US gal | 182 L

*ENGINE*
**Continental CD-155**
Flat-Rated Horsepower
at 155 shp

*DIMENSIONS*
**Wingspan:** 35 ft 6 in | 10.8 m
**Height:** 7 ft 3 in | 2.2 m
**Length:** 24 ft | 7.3 m

*WEIGHTS*
**Maximum Takeoff Weight:**
2,550 lb | 1,157 kg
**Maximum Ramp Weight:**
2,558 lb | 1,160 kg
**Standard Equipped Weight**
1,764 lb | 800 kg
**Standard Useful Load:**
794 lb | 360 kg

**Max Range**
848 nm
1,576 km

**Takeoff Distance**
(Over 50' Obstacle)
1,673 ft
510 m

**Max Cruise Speed**
123 ktas
228 km/hr

**Landing Distance**
(Over 50' Obstacle)
1,400 ft
427 m

*STANDARD FEATURES*
• GARMIN G1000 NXi AVIONICS SUITE
• Single 10.4" GDU 1050 PFD
• Single 10.4" GDU 1050 MFD
• Garmin Flite Charts
• Garmin SafeTaxi
• GMA 1360 Digital Audio Panel
• GTX 335R Transponder
• Aspen Standby EFD1000

*OTHER EQUIPMENT*
• Tail Strobe Light
• LED Wing Tip Recognition Lights
• Overhead Air Distribution Blower Fan
• USB Charging Ports
• Cockpit Stowage Pouches (upper and lower)
• CO Detector
• School Colors Scheme with Two Vinyl Trim Colors and Logo

*AVIONICS EQUIPMENT OPTIONS*
• Enhanced AFCS Enablement
• Jeppesen ChartView
• SVT - Garmin Synthetic Vision
• TAWS-B (Terrain Awareness and Warning System)
• Flight Stream 510 with Connext
• GDL 69A SXM Satellite Radio / Weather
• GTX 345R Transponder with ADS-B IN and OUT
  (Exchange for standard or GTX 335R transponder: ADS-B OUT only)
• FlightCom - Rear Seat PTT
• BendixKing KR 87 ADF
• BendixKing KN 63 DME
• GDL 59 WiFi Data Link
• Vision 1000 (Appareo flight monitoring system)
• GTS 800 Traffic Advisory System
• GFC 700 Autopilot

*ADDITIONAL OPTIONS*
• Safe Flight Angle of Attack (AOA) System
• Vinyl Floor Covering (Exchanged for standard carpet)
• United Kingdom Lighting Package
• AmSafe Seatbelt - Pilot and Co-Pilot Positions

Additional Special Options | Quoted upon request



*INTERIOR*



*AVIONICS*

Piper Aircraft, Inc. | 2926 Piper Drive, Vero Beach, FL 32960 | 772.299.2403 | © 2020 Piper Aircraft, Inc.

# EXHIBIT E

# ARCHER® LX

*FOUR-PLACE | SINGLE ENGINE PISTON*





THE ARCHER® LX IS AMONG ONE OF THE MOST RECOGNIZED SINGLE-ENGINE, FOUR-PLACE AIRCRAFT AVAILABLE TODAY FOR THE PRIVATE OWNER. WITH A 180-HORSEPOWER LYCOMING ENGINE, ADVANCED GARMIN G1000 NXI AVIONICS AND LEATHER-APPOINTED, STYLISH INTERIOR, THE ARCHER® LX IS AN ELEGANT AND RELIABLE AIRCRAFT.


**Piper**®
FREEDOM OF FLIGHT

## SPECIFICATIONS AND PERFORMANCE

*PROPELLER*
Sensenich 2-Blade
Fixed Pitch

*FUEL CAPACITY*
**Usable**
48 US gal | 182 L

*ENGINE*
Lycoming O-360-A4M
Flat-Rated Horsepower
at 180 shp

*DIMENSIONS*
**Wingspan:** 35 ft 5 in | 10.8 m
**Height:** 7 ft 3 in | 2.2 m
**Length:** 24 ft | 7.3 m

*WEIGHTS*
**Maximum Takeoff Weight:**
2,550 lb | 1,157 kg
**Maximum Ramp Weight:**
2,558 lb | 1.160 kg
**Standard Equipped Weight**
1,688 lb | 766 kg
**Standard Useful Load:**
870 lb | 395 kg

| | |
|---|---|
| **Max Range** | **Max Cruise Speed** |
| 522 nm | 128 ktas |
| 967 km | 237 km/hr |
| **Takeoff Distance** (Over 50' Obstacle) | **Landing Distance** (Over 50' Obstacle) |
| 1,608 ft | 1,400 ft |
| 490 m | 427 m |

*STANDARD FEATURES*
• GARMIN G1000 NXi AVIONICS SUITE
• Single 10.4" GDU 1050 PFD
• Single 10.4" GDU 1050 MFD
• Garmin Flite Charts
• Garmin SafeTaxi
• GMA 1360 Digital Audio Panel
• GTX 335R Transponder
• Aspen Standby EFD 1000

*OTHER EQUIPMENT*
• Tail Strobe Light
• LED Wing Tip Recognition Lights
• Overhead Air Distribution Blower Fan
• USB Charging Ports
• Cockpit Stowage Pouches (upper and lower)
• CO Detector

*PACKAGE OPTIONS*
Piper Aircraft is pleased to offer you bundled options with pricing advantages. Take the uncertainty out of option shopping and allow us to help guide you through the process.

Contact your local Piper dealer partner for more information.

*AVIONICS EQUIPMENT OPTIONS*
• Enhanced AFCS Enablement
• Jeppesen ChartView
• SVT - Garmin Synthetic Vision
• TAWS-B (Terrain Awareness and Warning System)
• Flight Stream 510 with Connext
• GDL 69A SXM Satellite Radio / Weather
• GTX 345R Transponder with ADS-B IN and OUT
  (Exchange for standard or GTX 335R transponder: ADS-B OUT only)
• FlightCom - Rear Seat PTT
• BendixKing KR 87 ADF
• BendixKing KN 63 DME
• GDL 59 WiFi Data Link
• Vision 1000 (Appareo flight monitoring system)
• GTS 800 Traffic Advisory System
• GFC 700 Autopilot

*ADDITIONAL OPTIONS*
• Lycoming Fuel Injected Engine
• Safe Flight Angle of Attack (AOA) System
• Air Conditioning
• United Kingdom Lighting Package
• AmSafe Seatbelt - Pilot and Co-Pilot Positions

Additional Special Options | Quoted upon request


*INTERIOR*


*AVIONICS*

Piper Aircraft, Inc. | 2926 Piper Drive, Vero Beach, FL 32960 | 772.299.2403 | © 2020 Piper Aircraft, Inc.

# EXHIBIT F

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 2,203,935

Registered Nov. 17, 1998

## TRADEMARK
### PRINCIPAL REGISTER

## ARCHER

NEW PIPER AIRCRAFT, INC., THE (DELA-
WARE CORPORATION)
2926 PIPER DRIVE
VERO BEACH, FL 32961

FOR: AIRPLANES, IN CLASS 12 (U.S. CLS. 19,
21, 23, 31, 35 AND 44).

FIRST USE 12–31–1976; IN COMMERCE
12–31–1976.

SER. NO. 75–364,634, FILED 9–29–1997.

TOM WELLINGTON, EXAMINING ATTOR-
NEY

# EXHIBIT G



MENU

# EXHIBIT H



# EXHIBIT I



*Kevin M. Keegan*
*Vice President, General Counsel,*
*and Secretary*

June 23, 2020

Brett Adcock                                      **Federal Express Delivery**
Adam Goldstein
Archer Aviation
26989 Beaver Lane
Los Altos Hills, CA 94022

      Re:    <u>Trademark Infringement</u>

Dear Mr. Adcock & Mr. Goldstein:

      Please be advised that Piper Aircraft, Inc. ("Piper") is the owner of a number of United States and international trademark registrations, as well as common law marks (the "Piper Marks") in and to the name and mark "Piper®," as well as for a number of Piper's individual aircraft.  For more than eighty years, Piper has been a worldwide leader in the manufacture of single engine and twin engine aircraft.  Its aircraft have evolved from the 1930s to sophisticated turboprop planes. Piper has spent substantial sums of money over that period in the promotion of its products and services.  Generations of pilots dating back to World War II days have trained in PIPER airplanes, and present day pilots may select from a number of PIPER models including the Archer®, Arrow®, Seminole®, Seneca®, Warrior®, M350®, M500® and M600®.  In fact, Piper's Archer® is one of the top selling training aircraft in the world.  In addition to the widespread public recognition of its aircraft resulting from tens of thousands of sales over several decades, Piper advertises its products and services on its website, in a variety of magazines and other publications, at air shows nationally and internationally and through an extensive network of dealers, distributors and service centers throughout the United States and the world.  As a result, substantial good will, public recognition and secondary meaning have been developed in and to the PIPER marks, and the names of its individual aircraft.

      It has come to our attention that you personally and/or Archer Aviation, its officers, directors, employees, and agents, acting alone or in concert with others, have been manufacturing, using, offering for sale, selling, advertising, developing, manufacturing and/or importing aircraft under the name "Archer." As stated above, the mark Archer® is a federally registered trademark of Piper Aircraft, Inc., is incontestable and one of the most recognizable trademarks in general aviation.  Attached is a copy of the U.S. Registration No. 2203953.  Your actions in applying the "Archer" name to your company and products, without the authorization or permission of Piper, constitutes a false designation of origin, trademark infringement, unfair competition, deceptive and unfair trade practices and dilution under federal and state law which may subject you to significant liability for damages, profits, punitive damages and attorney fees.



Consequently, we hereby demand that you immediately undertake the following:

     (1)    cease and desist use of the name Archer and any other Piper Marks, any other colorable imitation of such marks, or any other confusingly similar designations, in connection with the merchandising, advertisement, sale, offer for sale and/or promotion of merchandise;

     (2)    deliver to Piper for destruction all advertising, promotional and packaging materials bearing the any and all of the Piper Marks, and any confusingly similar variants of same, including, but not limited to, packaging in which the items are shipped, photographs, brochures, flyers, letterhead, business cards, invoices, stationery, envelopes, newspaper, magazine and other advertisements, and the plates, molds, matrices or any other means of making such materials;

     (3)    discontinue all use of the Piper Marks, and any confusingly similar variants of same, on any and all Internet web sites including, without limitation, "flyarcher.com"; and

     (4)    provide an accounting of the sales of all merchandise bearing any of the Piper Marks, and any confusingly similar variants of same.

     We expect to receive your assurance of compliance with these demands promptly but, in any case, no later than <u>July 10, 2020.</u>  In the absence of such a response, Piper will take appropriate legal steps to protect its valuable trademark rights, copyrights and reputation.

Sincerely,

Kevin M. Keegan
Vice President, General Counsel,
and Secretary

PIPER AIRCRAFT, INC.
2926 Piper Drive -Vero Beach, Florida 32960

# EXHIBIT J

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

## United States Patent and Trademark Office

Reg. No. 2,203,935

Registered Nov. 17, 1998

## TRADEMARK
### PRINCIPAL REGISTER

# ARCHER

NEW PIPER AIRCRAFT, INC., THE (DELA-
WARE CORPORATION)
2926 PIPER DRIVE
VERO BEACH, FL 32961

FOR: AIRPLANES, IN CLASS 12 (U.S. CLS. 19,
21, 23, 31, 35 AND 44).

FIRST USE 12–31–1976; IN COMMERCE
12–31–1976.

SER. NO. 75–364,634, FILED 9–29–1997.

TOM WELLINGTON, EXAMINING ATTOR-
NEY

**Generated on:** This page was generated by TSDR on 2020-08-24 12:39:41 EDT

**Mark:** ARCHER

# ARCHER

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88952874 | **Application Filing Date:** | Jun. 08, 2020 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/APPLICATION/Awaiting Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and has not yet been assigned to an examiner.

**Status:** New application will be assigned to an examining attorney approximately 3 months after filing date.

**Status Date:** Jun. 23, 2020

---

## Mark Information

**Mark Literal Elements:** ARCHER

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

---

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Aircraft taxi transport; taxi transport via aircraft; providing aircraft taxi booking services via mobile applications; airline transportation services; airline ticket reservation services; airline check-in services; transport by aircraft; aircraft rental; arranging, coordinating and managing transfer and transit of aircraft passengers, crew and luggage; air transportation of freight; air freight shipping services; air transportation of passengers and freight; booking of transport; booking of tickets for air travel; booking of transportation via a website

| | | | |
|---|---|---|---|
| **International Class(es):** | 039 - Primary Class | **U.S Class(es):** | 100, 105 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

---

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

---

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Archer Aviation Inc. |
| **Owner Address:** | PO Box 1553<br>New York, NEW YORK UNITED STATES 10113 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country:** | DELAWARE |

Where Organized:

# Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Kristin S. Cornuelle | **Docket Number:** | 39386.4 |
| **Attorney Primary Email Address:** | ipprosecution@orrick.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

**Correspondent Name/Address:** KRISTIN S. CORNUELLE
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 MAIN ST., SUITE 1100
IRVINE, CALIFORNIA UNITED STATES 92614

| | | | |
|---|---|---|---|
| **Phone:** | 503-943-4828 | **Fax:** | 9495676710 |
| **Correspondent e-mail:** | ipprosecution@orrick.com kcornuelle@orrick.com mweddington@orrick.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 30, 2020 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jun. 11, 2020 | NEW APPLICATION ENTERED IN TRAM | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | Jun. 23, 2020 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

**Serial Number: 88952874**
**Filing Date: 06/08/2020**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88952874 |
| **MARK INFORMATION** | |
| *MARK | ARCHER |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | ARCHER |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Archer Aviation Inc. |
| *MAILING ADDRESS | PO Box 1553 |
| *CITY | New York |
| *STATE<br>(Required for U.S. applicants) | New York |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE<br>(Required for U.S. and certain international addresses) | 10113 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Delaware |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| INTERNATIONAL CLASS | 039 |
| *IDENTIFICATION | Aircraft taxi transport; taxi transport via aircraft; providing aircraft taxi booking services via mobile applications; airline transportation services; airline ticket reservation services; airline check-in services; transport by aircraft; aircraft rental; arranging, coordinating and managing transfer and transit of aircraft passengers, crew and luggage; air transportation of freight; air freight shipping services; air transportation of passengers and freight; booking of transport; booking of tickets for air travel; booking of transportation via a website |
| FILING BASIS | SECTION 1(b) |

| ATTORNEY INFORMATION | |
|---|---|
| NAME | Kristin S. Cornuelle |
| ATTORNEY DOCKET NUMBER | 39386.4 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Orrick, Herrington & Sutcliffe LLP |
| STREET | 2050 Main St., Suite 1100 |
| CITY | Irvine |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 92614 |
| PHONE | 503-943-4828 |
| FAX | 9495676710 |
| EMAIL ADDRESS | ipprosecution@orrick.com |
| OTHER APPOINTED ATTORNEY | Peter D. Vogl, Beth M. Goldman, Diana M. Rutowski, Betsy W. Lee, Eileen Z. Aghnami, Briggs Wright, Bela Karmel |
| CORRESPONDENCE INFORMATION | |
| NAME | Kristin S. Cornuelle |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | ipprosecution@orrick.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | kcornuelle@orrick.com; mweddington@orrick.com |
| FEE INFORMATION | |
| APPLICATION FILING OPTION | TEAS Standard |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 275 |
| *TOTAL FEES DUE | 275 |
| *TOTAL FEES PAID | 275 |
| SIGNATURE INFORMATION | |
| SIGNATURE | /Brett Adcock/ |
| SIGNATORY'S NAME | Brett Adcock |
| SIGNATORY'S POSITION | President |
| DATE SIGNED | 06/05/2020 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

**Serial Number: 88952874**
**Filing Date: 06/08/2020**

## To the Commissioner for Trademarks:

**MARK:** ARCHER (Standard Characters, see mark)
The literal element of the mark consists of ARCHER. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Archer Aviation Inc., a corporation of Delaware, having an address of
  PO Box 1553
  New York, New York 10113
  United States
  XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 039:  Aircraft taxi transport; taxi transport via aircraft; providing aircraft taxi booking services via mobile applications; airline transportation services; airline ticket reservation services; airline check-in services; transport by aircraft; aircraft rental; arranging, coordinating and managing transfer and transit of aircraft passengers, crew and luggage; air transportation of freight; air freight shipping services; air transportation of passengers and freight; booking of transport; booking of tickets for air travel; booking of transportation via a website
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The owner's/holder's proposed attorney information: Kristin S. Cornuelle. Other appointed attorneys are Peter D. Vogl, Beth M. Goldman, Diana M. Rutowski, Betsy W. Lee, Eileen Z. Aghnami, Briggs Wright, Bela Karmel. Kristin S. Cornuelle of Orrick, Herrington & Sutcliffe LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at
  2050 Main St., Suite 1100
  Irvine, California 92614
  United States
  503-943-4828(phone)
  9495676710(fax)
  ipprosecution@orrick.com
The docket/reference number is 39386.4.
Kristin S. Cornuelle submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
  Kristin S. Cornuelle
  PRIMARY EMAIL FOR CORRESPONDENCE: ipprosecution@orrick.com
  SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): kcornuelle@orrick.com; mweddington@orrick.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

☑ **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Brett Adcock/   Date: 06/05/2020
Signatory's Name: Brett Adcock
Signatory's Position: President
Payment Sale Number: 88952874
Payment Accounting Date: 06/08/2020

Serial Number: 88952874
Internet Transmission Date: Mon Jun 08 10:32:51 ET 2020
TEAS Stamp: USPTO/BAS-XX.XX.X.XXX-202006081032519718
48-88952874-7106b3edc53cd2843ac8d3976e73
c9f32f145ae91d618316516ea47af85f8012bf-D
A-32513035-20200605131209705340

# ARCHER