

Cheneise V. Wright
500 Delaware Avenue, Suite 720
Wilmington, Delaware 19801
Cheneise.Wright@lewisbrisbois.com
Direct: 302.985.6007

November 16, 2020

VIA CM/ECF

The Honorable Richard G. Andrews
United States District Judge
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE  19801-3555

    Re:    *Piper Aircraft, Inc. v. Archer Aviation In.*
              C.A. No. 20-cv-1147-RGA

Dear Judge Andrews:

    Pursuant to the Order Setting Rule 16(b) Telephone Conference (D.I. 10), below is the dial-in information for the Scheduling Conference on November 19, 2020 at 10:00 a.m.:

        Dial-in number:   (415) 655-0003

        Conference code:  809 187 665

We are available at the Court's convenience should Your Honor have any questions.

        Sincerely,

        */s/ Cheneise V. Wright*

        Cheneise V. Wright
        Del. Bar No. 6597

CVW:mar

cc:    Counsel of Record (Via CM/ECF)