IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIPER AIRCRAFT, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARCHER AVIATION, INC., <br><br> Defendant. | Civil Action No.: 20-1147-RGA |

## NOTICE OF SERVICE

The undersigned counsel gives notice of serving documents produced by Non-Party Crosscut Ventures Management, LLC in response to Plaintiff's Subpoena To Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, issued on March 1, 2021, upon the following attorneys of record below, on this 16th day of March 2021.

Robert M. Vrana
Anne Shea Gaza
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
Email: rvrana@ycst.com
Email: agaza@ycst.com

*Attorneys for Defendant/Counterclaim Plaintiff Archer Aviation, Inc.*

Arturo J. González
Joyce Liou
Madeleine E. Gully
Meredith L. Angueira
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-7000
Email: agonzalez@mofo.com
Email: jliou@mofo.com
Email: mgully@mofo.com
Email: mangueira@mofo.com

*Attorneys for Defendant/Counterclaim Plaintiff Archer Aviation, Inc.*

4829-3403-2609.1

Dated: March 16, 2021                    LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Cheneise V. Wright
Francis G.X. Pileggi (No. 2624)
Cheneise V. Wright (No. 6597)
500 Delaware Avenue, 7th Floor
Wilmington, DE 19801
(302) 985-6000
Francis.Pileggi@LewisBrisbois.com
Cheneise.Wright@LewisBrisbois.com

and

Stacy M. Schwartz, *Pro Hac Vice*
LEWIS BRISBOIS BISGAARD & SMITH LLP
110 SE 6th Street, Suite 2600
Fort Lauderdale, FL 33301
(954) 828-0355
Fax: (954) 728-1282
Stacy.Schwartz@lewisbrisbois.com

*Attorneys for Plaintiff /Counterclaim Defendant, Piper Aircraft, Inc.*