IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PIPER AIRCRAFT, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ARCHER AVIATION, INC.,<br><br>    Defendant. | C.A. No. 20-1147-RGA |

## STIPULATION OF DISMISSAL *WITH PREJUDICE*

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that all claims and counter-claims in the above-captioned action are hereby dismissed *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

IT IS FURTHER STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that this Stipulation directly arises out of, and expressly incorporates, the terms of the Co-Existence and Settlement Agreement executed by and between the parties and having an effective date of May 3, 2021. The United States District Court for the District of Delaware shall retain jurisdiction to enforce the terms of the Co-Existence and Settlement Agreement.

| LEWIS BRISBOIS BISGAARD & SMITH, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Cheneise V. Wright* | /s/ *Robert M. Vrana* |
| Francis G.X. Pileggi (No. 2624) | Anne Shea Gaza (No. 4093) |
| Cheneise V. Wright (No. 6597) | Robert M. Vrana (No. 5666) |
| 500 Delaware Avenue, Suite 700 | 1000 North King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 985-6000 | (302) 571-6600 |
| Francis.Pileggi@LewisBrisbois.com | agaza@ycst.com |
| Cheneise.Wright@LewisBrisbois.com | rvrana@ycst.com |

4811-3933-7192.1

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Stacy M. Schwartz<br>Vincent F. Alexander<br>Lewis Brisbois Bisgaard & Smith, LLP<br>110 SE 6th Street, Suite 2600<br>Fort Lauderdale, FL  3301<br>(954) 828-0355<br>Vincent.Alexander@lewisbrisbois.com<br>Stacy.Schwaartz@lewisbrisbois.com | Arturo J. Gonzalez<br>Joyce Liou<br>Madeleine E. Gully<br>Meredith L. Angueira<br>Morrison & Foerster LLP<br>425 Market Street, 32nd Floor<br>San Francisco, CA 94105<br>(415) 268-7000<br>agonzalez@mofo.com<br>jliou@mofo.com<br>mgully@mofo.com<br>mangueira@mofo.com |

DATED:  May 7, 2021

**IT IS SO ORDERED this \_\_\_\_\_ day of May, 2021.**


_____
The Honorable Richard G. Andrews
United States District Judge