## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PIPER AIRCRAFT, INC.,

                Plaintiff,

v.

ARCHER AVIATION, INC.,

                Defendant.

                            C.A. No. 20-1147-RGA

## STIPULATION OF DISMISSAL *WITH PREJUDICE*

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that all claims and counter-claims in the above-captioned action are hereby dismissed *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

IT IS FURTHER STIPULATED AND AGREED by and between the parties, through their undersigned counsel, that this Stipulation directly arises out of, and expressly incorporates, the terms of the Co-Existence and Settlement Agreement  executed by and between the parties and having an effective date of May 3, 2021. The United States District Court for the District of Delaware shall retain jurisdiction to enforce the terms of the Co-Existence and Settlement Agreement.

LEWIS BRISBOIS BISGAARD & SMITH, LLP

*/s/ Cheneise V. Wright*
Francis G.X. Pileggi (No. 2624)
Cheneise V. Wright (No. 6597)
500 Delaware Avenue, Suite 700
Wilmington, DE  19801
(302) 985-6000
Francis.Pileggi@LewisBrisbois.com
Cheneise.Wright@LewisBrisbois.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com

OF COUNSEL:

Stacy M. Schwartz
Vincent F. Alexander
Lewis Brisbois Bisgaard & Smith, LLP
110 SE 6th Street, Suite 2600
Fort Lauderdale, FL  3301
(954) 828-0355
Vincent.Alexander@lewisbrisbois.com
Stacy.Schwaartz@lewisbrisbois.com

OF COUNSEL:

Arturo J. Gonzalez
Joyce Liou
Madeleine E. Gully
Meredith L. Angueira
Morrison & Foerster LLP
425 Market Street, 32nd Floor
San Francisco, CA 94105
(415) 268-7000
agonzalez@mofo.com
jliou@mofo.com
mgully@mofo.com
mangueira@mofo.com

DATED:  May 7, 2021

**IT IS SO ORDERED this  7th   day of May, 2021.**

/s/ Richard G. Andrews
_____
The Honorable Richard G. Andrews
United States District Judge