

LEWIS BRISBOIS BISGAARD & SMITH LLP

Cheneise V. Wright
500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
Cheneise.Wright@lewisbrisbois.com
Direct: 302.985.6007

May 7, 2021

*Via Email*

The Honorable Richard G. Andrews
(Leigh_kilpatrick@ded.uscourts.gov)
U.S. District Court
844 North King Street, Unit 9, Room 6325
Wilmington, DE 19801-3734

Re:   *Piper Aircraft, Inc. v. Archer Aviation, Inc.*
      C.A. No. 20-1147-RGA

Dear Judge Andrews:

Please allow this correspondence to confirm that the parties, Piper Aircraft, Inc. and Archer Aviation, Inc. have settled all claims and counterclaims in connection with this matter and intend to file a Stipulation of Dismissal shortly.

Thank you for your attention to this matter. Should the Court require anything further, please do not hesitate to contact the undersigned.

Respectfully,

Cheneise Wright

Cheneise V. Wright
Del. Bar No. 6597

CVW:njj

cc:   Clerk of Court
      Anne Shea Gaza, Esquire         (via Email)
      Robert M. Vrana, Esquire        (via Email)
      Arturo J. Gonzalez, Esquire     (via Email)
      Joyce Liou, Esquire             (via Email)
      Madeleine E. Gully, Esquire     (via Email)
      Meredith L. Angueira, Esquire   (via Email)